ACCEPTED
04-15-00318-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/18/2016 2:46:37 PM
KEITH HOTTLE
CLERK

NO. 04-15-00318-CV

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/18/2016 2:46:37 PM
KEITH E. HOTTLE
Clerk

GEMINI INSURANCE COMPANY
AND
BERKLEY OIL AND GAS SPECIALTY SERVICES, LLC,

Appellants

vs.

DRILLING RISK MANAGEMENT, INC.,

Appellee

APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING
OR MOTION FOR *EN BANC* RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellee Drilling Risk Management, Inc. files this Unopposed Motion to Extend Time to File Motion for Rehearing or Motion for *En Banc* Reconsideration and would show the Court the following:

1.    This case is on appeal from Cause Number 12-066 in the 216th Judicial District Court of Kendall County, Texas, the Honorable William Palmer, Judge Presiding.

2.    This Court issued its Opinion and Judgment on July 6, 2016.

1

3.    The original deadline for filing a motion for rehearing or motion for *en banc* reconsideration is July 21, 2016.   The Court has the authority under Rule 49.8 of the Texas Rules of Appellate Procedure to extend the time for a party to file a motion for rehearing or motion for *en banc* reconsideration.   Appellee requests an additional fifteen (15) days from the date of the initial deadline to file a motion for rehearing or motion for *en banc* reconsideration until August 5, 2016.

4.    The extension is necessary so that Appellee may fully evaluate the Court's opinion and prepare its motion for rehearing or motion for *en banc* reconsideration.   In addition, this extension is necessary because Appellee's counsel Steve Skarnulis had to prepare for and attend a mediation hosted by the Fifth Circuit in New Orleans on July 12, 2016, in Cause No. 16-50373, *Julie Garza, et al. v. Rebecca Bolin, et al*.  Mr. Skarnulis will also be on vacation from July 26-29, 2016.

5.    This is the first extension sought by Appellee to file a motion for rehearing or motion for *en banc* reconsideration, and it is not sought for the purposes of delay but so that justice may be done.

For these reasons, Appellee Drilling Risk Management, Inc. asks the Court to grant an extension of time to file a Motion for Rehearing or Motion for *En Banc* Reconsideration until August 5, 2016.

Signed July 18, 2016.

Respectfully submitted:

_/s/ Steve Skarnulis_
Charles J. Cain
State Bar No. 00796292
ccain@cstrial.com
Steve Skarnulis
State Bar No. 24041924
skarnulis@cstrial.com
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

Catherine M. Stone
State Bar No. 1928600
cstone@langleybanack.com
**LANGLEY & BANACK INCORPORATED**
Trinity Plaza II
745 Mulberry, Suite 900
San Antonio, Texas 78212-3166
210-736-6600
210-735-6889—Facsimile
**ATTORNEYS FOR APPELLEE
DRILLING RISK
MANAGEMENT, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Appellee hereby certifies that his office has conferred with counsel for Appellants and represents that Appellants are not opposed to the relief requested in this motion.

*/s/ Steve Skarnulis*
Steve Skarnulis

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion has been forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on this 18th day of July 2016, as follows:

| | |
|---|---|
| Thomas C. Wright<br>wright@wrightclose.com<br>R. Russell Hollenbeck<br>hollenbeck@wrightclose.com<br>Andrea G. Tindall<br>tindall@wrightclose.com<br>**WRIGHT & CLOSE, LLP**<br>One Riverway, Suite 2200<br>Houston, Texas 77056<br>713-572-4320—Facsimile | George H. Lugrin, IV<br>glugrin@hallmaineslugrin.com<br>Reece Rondon<br>rrondon@hallmaineslugrin.com<br>Amanda J. Kujda<br>akujda@hallmaineslugrin.com<br>**HALL MAINES LUGRIN, P.C.**<br>Williams Tower, 64th Floor<br>2800 Post Oak Boulevard<br>Houston, Texas 77056<br>713-871-8962—Facsimile |

*/s/ Steve Skarnulis*
Steve Skarnulis
